## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CURTIS LEACH,
    Plaintiff

V.

WHITE GLOVE PLACEMENT, INC.,
    Defendant

CIVIL ACTION NO: 1:25-CV-10683-WGY

### NOTICE OF VOLUNTARY DISMISSAL
### *WITHOUT PREJUDICE*
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOW COMES, Plaintiff, Curtis Leach, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as he hereby gives notice that this action is voluntarily dismissed *without prejudice*. The Plaintiff notified his attorneys that he wanted to file this notice, however, the attorneys has refused to acquiesce to their client's wishes. Instead, of filing the notice of voluntary dismissal, the Plaintiff's attorneys filed a motion to withdraw, unbeknownst to him. Then his attorneys submitted to the Plaintiff an email thread of their conversation to the opposing party and court personnel concerning scheduling a trial date for June 2026 while at the same time asking the Plaintiff would he agree to schedule trial for the aforementioned month and year. Therefore, he is filing this notice himself as there is a serious irretrievable breakdown in communication. It seems that the Plaintiff doesn't have a say in his own case and it also looks as if his attorneys are going to conduct this case in the manner and fashion that they see fit even though they simultaneously desired and still desire to withdraw their legal representation. Defendant, White Glove Placement Inc., has not served an answer or has not served a motion for summary judgment in this action. Therefore, the Plaintiff notices this Court, *his attorneys,* and

the Defendant of his voluntary dismissal of this action, *without* prejudice. *See Fed. R. Civ. P. 41(a)(1)(B)*[1].

Dated: July 8, 2025

Respectfully submitted,

_____

Curtis Leach
121 Riverside Ave
Medford, MA 02155
curtis.l.leach@outlook.com

---

[1] (a) Voluntary Dismissal.

    (1) By the Plaintiff.

    (A) Without a Court Order. Subject to Rules 23(e) , 23.1(c) , 23.2 , and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
        (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment
    (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

## **CERTIFICATE OF SERVICE**

The Plaintiff, hereby certifies that on the date of this pleading, the foregoing document and counsel of record for all parties that have appeared in this action were copied by and through the Court's paper/electronic filing system, electronic mail (e-mail), and first-class mail.

Dated: July 8, 2025

Respectfully submitted,

_____

Curtis Leach
121 Riverside Ave
Medford, MA 02155
curtis.l.leach@outlook.com